**Dismissed and Memorandum Opinion filed December 31, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00654-CV

---

**OPHELIA  MOSBEY, Appellant**

**V.**

**TAYLOR  N. BOWMAN AND MARIA PIPER, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-47795**

---

## MEMORANDUM  OPINION

This is an appeal from a judgment signed May 28, 2019. The clerk's record was filed October 1, 2019. No brief was filed.

On November 7, 2019, this court issued an order stating that unless appellant filed a brief on or before December 2, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.